Your Name: _Tyrone Hurt_

Your Address: _317 Kentucky Ave. S.E. #2: W.D.C. 20003_

Phone Number: _N/A_

Email Address: _317 Kentucky Ave. S.E. #2: W.D.C._

Pro Se Plaintiff

**CV26    80084MISC    VC    FILED MAR 13 2026    CLERK, U.S. DISTRICT COURT NORTH DISTRICT OF CALIFORNIA**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

_Tyrone Hurt_

Plaintiff,

v. _et al. and affiliates_

Defendant.

Case Number  [leave blank]  **CV26-02256**

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

Yes ☐   No ☐

I.   **PARTIES**

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

Name: _Tyrone Hurt_

Address: _317 Kentucky Ave. S.E. #2: W.D.C. 20003_
_N/A_

Telephone: _____

2. Defendants. [Write each defendant's full name, address, and phone number.]

Defendant 1:

Name: _National Rifle Association_

Address: _United States of America_
_N/A_

Telephone: _____

Defendant 2:

COMPLAINT                    PAGE _1_ OF ___                    JDC TEMPLATE, UPDATED 11/2024

Name: _____

Address: _____

Telephone: _____

Defendant 3:

Name: _____

Address: _____

Telephone: _____

## II.    JURISDICTION

Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.

3. My case belongs in federal court

☐ under <u>federal question jurisdiction</u> because it involves a federal law or right.

Which federal law or right is involved?

_____

☑ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

## III.    VENUE

The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.

4. Venue is appropriate in this Court because:

☐ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☑ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

COMPLAINT                                    PAGE 2 OF ___                          JDC TEMPLATE, UPDATED 11/2024

☑ at least one defendant is located in this District and any other defendants are located in California.

## IV.    INTRADISTRICT ASSIGNMENT

This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.

5. Because this lawsuit arose in _____ County, it should be assigned to the _____ Division of this Court.

## V.    STATEMENT OF FACTS

Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with **paragraph number 6.** Use more pages as needed.

6. The Plaintiff respectfully states that the National Title Association is in violation to the second (2nd.) amendment Right to the U.S. Constitution (1689) (1775) and in violation to human rights' to humanitarian Grennen.

COMPLAINT                                        PAGE 3 OF ___                          JDC TEMPLATE, UPDATED 11/2024

## VI.    CLAIMS

### First Claim

Name the law or right violated:
The heart (und.) Amendment Right to the u.s. Constitution (1608/1995

Name the defendants who violated it:
The National Title Association

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.
1. Mai he: statement to Frick

COMPLAINT                          PAGE 4 OF ___                          JDC TEMPLATE, UPDATED 11/2024

_____ **Claim**

Name the law or right violated:

The Second (2nd.) Amendment right to the U.S. Constitution, (1688.) (1775.)

Name the defendants who violated it:

the National Rifle Association

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

I claim: the statement of facts

COMPLAINT                    PAGE 5 OF ___

## VII.   DEMAND FOR RELIEF

State what you want the Court to do.  Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something.  If you are asking for money, you can say how much you are asking for and why you should get that amount or describe the different kinds of harm caused by the defendant.

1. The Plaintiff wish this Honorable Court to, limblike, and abolish, the National Rifle Association, which has caused issue to the gun violence phase up in America, the Plaintiff seeks one (1) million Dollars in punitive and monetary damages against this Defendant.

## VIII.   DEMAND FOR JURY TRIAL

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

☑ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 3/8/26          Sign Name: _Tyrone Hurt_

Print Name: _Tyrone Hurt_

COMPLAINT

PAGE 6 OF __